AO 442 (Rev. 11/11) Arrest Warrant

**UNSEALED** 10-30-18

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ernesto Gutierrez-Martinez (1)<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. SA-18-CR-722-(1)-OLG<br>(M-18-2242-M) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Ernesto Gutierrez-Martinez,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:554 and 371 - Conspiracy to smuggle goods;
18:924(c)(a)(A) and 924(o) - Conspiracy to possess a firearm in relation to a drug trafficking crime

Date: 10/03/2018

*Issuing officer's signature*

City and state: San Antonio, TX      Rosanne M. Garza, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/30/2018, and the person was arrested on *(date)* 10/30/2018
at *(city and state)* Hidalgo

Date: 10/31/2018

*Arresting officer's signature*

David B. Weiss
*Printed name and title*

10707574